*Form 237* (3/23)–doc 12

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Jose Luis Torres Melendez )<br>)<br>)<br>Debtor(s). )<br>)<br>) | Case No. 23–11621–pmm<br><br>Chapter: 13 |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor Reading Area Water Authority;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 14,394.48 has been filed in your name by Brenna H. Mendelsohn, Esq. on 06/22/2023.

Date: June 23, 2023                                                                                  For The Court

                                                                                                      Timothy B. McGrath<br>
                                                                                                      Clerk of Court