Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 23-11621-PMM**

Jose Luis Torres Melendez  
947 N. 12th Street  
Reading  PA    19604

Petition Filed Date: 06/01/2023  
341 Hearing Date: 08/22/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| \<th colspan="6"\>CLAIMS AND DISTRIBUTIONS |
|---|

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRENNA H MENDELSOHN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $993.25 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,974.88 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 003 | Unsecured Creditors | $177.00 | $0.00 | $0.00 |
| 4 | READING AREA WATER AUTHORITY<br>»» 004 | Secured Creditors | $14,394.48 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $1,352.00 | $0.00 | $0.00 |
| 6 | EMERGENCY PHYSICIAN ASSOCIATES OF PA, PC<br>»» 006 | Unsecured Creditors | $726.00 | $0.00 | $0.00 |
| 7 | NATIONSTAR MORTGAGE LLC<br>»» 007 | Ongoing Mortgage | $23,081.54 | $0.00 | $0.00 |

Chapter 13 Case No. 23-11621-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $350.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $0.00 | Arrearages: | $350.00 |
| Paid to Trustee: | $31.50 | Total Plan Base: | $21,000.00 |
| Funds on Hand: | $318.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.