## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jose Luis Torres Melendez<br>              Debtor<br><br>Nationstar Mortgage LLC, its successors and/or assignees<br>              Movant<br>      vs.<br><br>Jose Luis Torres Melendez<br>              Debtor<br><br>Scott F. Waterman<br>              Trustee | CHAPTER 13<br><br><br><br>NO. 23-11621 PMM |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Nationstar Mortgage LLC, which was filed with the Court on or about September 27, 2023.

Dated: January 10, 2024

                                                            Respectfully submitted,


                                                            /s/Michael P. Farrington
                                                            Michael P. Farrington, Esq.
                                                            KML Law Group, P.C.
                                                            BNY Mellon Independence Center
                                                            701 Market Street, Suite 5000
                                                            Philadelphia, PA  19106
                                                            Phone: (215) 627-1322
                                                            mfarrington@kmllawgroup.com