United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                     Case No. 23-11621-pmm

Jose Luis Torres Melendez                                         Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                    User: admin                                     Page 1 of 2

Date Rcvd: May 16, 2024                             Form ID: 155                                Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Luis Torres Melendez, 947 N. 12th Street, Reading, PA 19604-2318 |
| 14787008 | + | Berks Urologic Surgery Center, 1320 Broadcasting Road, Suite 210, Reading, PA 19610-3222 |
| 14787009 | + | CB Accts Inc., 124 Sw Adams St. Suite 215, Peoria, IL 61602-1308 |
| 14787014 | #+ | Lamont Hanley and Assoc., 1138 Elm Street, Manchester, NH 03101-1531 |
| 14787015 | | Midland Funding, 8874 aERO dR, Suite 200, San Diego, CA 92123 |
| 14788582 | + | Nationstar Mortgage LLC, dba Mr. Cooper, c/o Michael Farrington, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14787017 | + | Pennstate Health, PO Box 70892, Philadelphia, PA 19176-5892 |
| 14787019 | + | Reading Area Water Authority, 1801 Kutztown Road, Reading, PA 19604-1515 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14787007 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | May 17 2024 00:21:00 | Berks Credit and Collections, PO Box 329, Attn Bankruptcy, Temple, PA 19560-0329 |
| 14787011 | + | Email/Text: commonwealth@ebn.phinsolutions.com | May 17 2024 00:11:00 | Commonwealth Fin, 245 Main St., Scranton, PA 18519-1641 |
| 14804834 | | Email/Text: BNCnotices@dcmservices.com | May 17 2024 00:12:00 | EMERGENCY PHYSICIAN ASSOCIATES OF PENNSYLVANIA PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 14787010 | | Email/Text: EGMABankruptcy@eversource.com | May 17 2024 00:11:00 | Columbia Gas, PO Box 2025, Springfield, MA 01102 |
| 14787012 | + | Email/Text: bankruptcydepartment@tsico.com | May 17 2024 00:20:00 | Eos Cca, PO Box 981008, Boston, MA 02298-1008 |
| 14787013 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 17 2024 00:12:56 | First Premier Bank, PO Box 5517, Sioux Falls, SD 57117-5517 |
| 14788511 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2024 00:24:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14802360 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2024 00:12:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14787016 | | Email/Text: nsm_bk_notices@mrcooper.com | May 17 2024 00:12:00 | NATIONSTAR MORTGAGE LLC, P.O. BOX 630267, Irving, TX 75063 |
| 14804897 | | Email/Text: nsm_bk_notices@mrcooper.com | May 17 2024 00:12:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14788468 | ^ | MEBN | May 17 2024 00:06:01 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 16, 2024 | Form ID: 155 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| 14787018 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | | |
| | | May 17 2024 00:12:56 | Portfolio Recovery Assoc. LLC, PO Box 12914, Norfolk, VA 23541 | |
| 14790240 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | | |
| | | May 17 2024 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 | |
| 14847195 | + Email/Text: mtgbk@shellpointmtg.com | | | |
| | | May 17 2024 00:12:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 | |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14792308 | *+ | Reading Area Water Authority, 1801 Kutztown Rd., Reading, PA 19604-1515 |
| 14879575 | *+ | Reading Area Water Authority, 1801 Kutztown Road, Reading, PA 19604-1515 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2024                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Jose Luis Torres Melendez tobykmendelsohn@comcast.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Jose Luis Torres Melendez | ) | Case No. 23−11621−pmm |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 16, 2024                                                                                   For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court