| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 23-11621-PMM

Jose Luis Torres Melendez
947 N. 12th Street
Reading  PA   19604

Petition Filed Date: 06/01/2023
341 Hearing Date: 08/22/2023
Confirmation Date: 05/16/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | $350.00 | 28680643495 | 09/08/2023 | $350.00 | 28680646814 | 10/16/2023 | $350.00 | 28680657827 |
| 11/09/2023 | $350.00 | 28680674984 | 12/12/2023 | $350.00 | 28680688462 | 01/10/2024 | $642.13 | 29161275557 |
| 02/09/2024 | $642.13 | 29161279440 | 04/10/2024 | $642.13 | 29278883564 | 05/10/2024 | $642.13 | 29393728525 |
| 06/11/2024 | $642.13 | 29393734972 | 07/11/2024 | $642.13 | 29475379045 | | | |

**Total Receipts for the Period: $5,602.78    Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $6,244.91**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $4,125.00 | $4,125.00 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $993.25 | $0.00 | $993.25 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $1,974.88 | $0.00 | $1,974.88 |
| 3 | PA DEPARTMENT OF REVENUE »» 003 | Unsecured Creditors | $177.00 | $0.00 | $177.00 |
| 4 | READING AREA WATER AUTHORITY »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC »» 005 | Unsecured Creditors | $1,352.00 | $0.00 | $1,352.00 |
| 6 | EMERGENCY PHYSICIAN ASSOCIATES OF PA, PC »» 006 | Unsecured Creditors | $726.00 | $0.00 | $726.00 |
| 7 | NEWREZ LLC  D/B/A »» 007 | Ongoing Mortgage | $28,832.18 | $1,502.44 | $27,329.74 |
| 8 | READING AREA WATER AUTHORITY »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | BERKS CREDIT & COLLECTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | BERKS UROLOGIC SURGERY CENTER | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CB ACCTS INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | COLUMBIA GAS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | COMMONWEALTH FINANCIAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | EOS CCA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | FIRST PREMIER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | LAMONT HANLEY & ASSOC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | MIDLAND FUNDING | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

| 18 | PENN STATE HEALTH | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,244.91 | Current Monthly Payment: | $645.73 |
| Paid to Claims: | $5,627.44 | Arrearages: | $670.93 |
| Paid to Trustee: | $617.47 | Total Plan Base: | $36,619.42 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.