| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 23-11621-PMM

| | |
|---|---|
| Jose Luis Torres Melendez | Petition Filed Date: 06/01/2023 |
| 947 N. 12th Street | 341 Hearing Date: 08/22/2023 |
| Reading  PA    19604 | Confirmation Date: 05/16/2024 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2024 | $642.13 | 29393749427 | 09/09/2024 | $642.13 | 29581926502 | 10/16/2024 | $642.13 | 29581943512 |
| 11/06/2024 | $642.13 | 29475382127 | 12/10/2024 | $642.13 | 29689136695 | 01/08/2025 | $642.13 | 29689144637 |
| 02/11/2025 | $642.13 | 29719685237 | 03/07/2025 | $642.13 | 29796075753 | 04/09/2025 | $642.13 | 29796098095 |
| 05/08/2025 | $642.13 | 29796411958 | 06/10/2025 | $642.13 | 38086103248 | 07/10/2025 | $642.13 | 38086119898 |

**Total Receipts for the Period: $7,705.56    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $13,950.47**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $4,125.00 | $4,125.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $993.25 | $0.00 | $993.25 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,974.88 | $0.00 | $1,974.88 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 003 | Unsecured Creditors | $177.00 | $0.00 | $177.00 |
| 4 | READING AREA WATER AUTHORITY<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $1,352.00 | $0.00 | $1,352.00 |
| 6 | EMERGENCY PHYSICIAN ASSOCIATES OF PA, PC<br>»» 006 | Unsecured Creditors | $726.00 | $0.00 | $726.00 |
| 7 | NEWREZ LLC  D/B/A<br>»» 007 | Ongoing Mortgage | $28,832.18 | $8,620.45 | $20,211.73 |
| 8 | READING AREA WATER AUTHORITY<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | BERKS CREDIT & COLLECTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | BERKS UROLOGIC SURGERY CENTER | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CB ACCTS INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | COLUMBIA GAS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | COMMONWEALTH FINANCIAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | EOS CCA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | FIRST PREMIER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | LAMONT HANLEY & ASSOC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | MIDLAND FUNDING | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11621-PMM**

| 18 | PENN STATE HEALTH | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,950.47 | Current Monthly Payment: | $645.73 |
| Paid to Claims: | $12,745.45 | Arrearages: | $714.13 |
| Paid to Trustee: | $1,205.02 | Total Plan Base: | $36,619.42 |
| Funds on Hand: | $0.00 | | |

### <u>NOTES:</u>

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.