Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Jose Luis Torres Melendez
947 N. 12th Street
Reading, PA 19604

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-11621-PMM**

Petition Filed Date: 06/01/2023
341 Hearing Date: 08/22/2023
Confirmation Date: 05/16/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2025 | $642.13 | 38086127943 | 09/09/2025 | $642.13 | 38086158014 | 10/08/2025 | $642.13 | 38086172212 |
| 11/10/2025 | $642.13 | 55022494173 | 12/09/2025 | $642.13 | 55054234559 | 01/08/2026 | $642.13 | 55054249129 |
| 02/11/2026 | $642.13 | 55054256968 | 03/10/2026 | $642.13 | 55227703425 | 04/10/2026 | $642.13 | 55227725544 |
| 05/11/2026 | $642.13 | 55227736837 | 06/09/2026 | $642.11 | 55227749511 | 06/18/2026 | $0.02 | 55227749511 c |
| 07/08/2026 | $642.13 | 55227724970 | | | | | | |

**Total Receipts for the Period: $7,705.56 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $21,656.03**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $4,125.00 | $4,125.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $993.25 | $0.00 | $993.25 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,974.88 | $0.00 | $1,974.88 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 003 | Unsecured Creditors | $177.00 | $0.00 | $177.00 |
| 4 | READING AREA WATER AUTHORITY<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $1,352.00 | $0.00 | $1,352.00 |
| 6 | EMERGENCY PHYSICIAN ASSOCIATES OF PA, PC<br>»» 006 | Unsecured Creditors | $726.00 | $0.00 | $726.00 |
| 7 | NEWREZ LLC D/B/A<br>»» 007 | Ongoing Mortgage | $28,832.18 | $15,746.85 | $13,085.33 |
| 8 | READING AREA WATER AUTHORITY<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | BERKS CREDIT & COLLECTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | BERKS UROLOGIC SURGERY CENTER | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CB ACCTS INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | COLUMBIA GAS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11621-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | COMMONWEALTH FINANCIAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | EOS CCA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | FIRST PREMIER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | LAMONT HANLEY & ASSOC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | MIDLAND FUNDING | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | PENN STATE HEALTH | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,656.03 | Current Monthly Payment: | $645.73 |
| Paid to Claims: | $19,871.85 | Arrearages: | $757.33 |
| Paid to Trustee: | $1,784.18 | Total Plan Base: | $36,619.42 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.